**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

RAYSHELL S. JOHNSON,

Plaintiff,

-v- 5:26-CV-1476 (AJB/ML)

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

---

**APPEARANCES:** **OF COUNSEL:**

RAYSHELL S. JOHNSON
Plaintiff, Pro Se
3720 S. Salina St., Apt #1
Syracuse, NY 13205

**Hon. Anthony Brindisi, U.S. District Judge:**

**ORDER ON REPORT & RECOMMENDATION**

On July 31, 2026, *pro se* plaintiff Rayshell S. Johnson ("plaintiff") filed this 42 U.S.C. § 1983 action against defendant Federal Bureau of Investigation ("FBI") alleging that she had been "kidnapped." Dkt. No. 1. Along with her complaint, plaintiff also moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On September 23, 2026, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP Application but, after an initial review of her pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed without leave to amend as frivolous or, in the alternative, for failure to state any plausible claims for relief. Dkt. No. 4. As Judge Lovric explained, plaintiff's complaint fails to allege any specific causes of actions or particular constitutional violations—instead, the pleading only vaguely alleges that she has been "kidnapped" or

feels "as if I'm kidnapped." *Id.* But regardless of how best the pleading might be construed, Judge Lovric pointed out that a so-called *Bivens* claim would be unavailable in this instance because federal agencies cannot be validly sued under that body of law. *Id.*

Plaintiff has lodged objections. Dkt. No. 5. Upon *de novo* review, the R&R is accepted and will be adopted. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 4) is ACCEPTED; and

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED without leave to amend.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: October 21, 2026
Utica, New York.

Anthony J. Brindisi
U.S. District Judge